UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCALE VIDEO CODING LLC,<br><br>          Plaintiff,<br><br>   v.<br><br>NTT CLOUD COMMUNICATIONS US INC. (D/B/A ARKADIN),<br><br>          Defendant. | No. 2:21-cv-08329-JAK-MAA<br><br>**ORDER RE NOTICE OF VOLUNTARY DISMISSAL (DKT. 36)**<br><br>**JS-6** |

1 | Based on a review of the Plaintiff's Notice of Voluntary Dismissal (the
2 | "Notice" (Dkt. 36) and pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), this entire
3 | action is hereby dismissed with prejudice. Each party shall bear its own attorney's
4 | fees and costs.

**IT IS SO ORDERED.**

Dated: August 25, 2022

John A. Kronstadt
United States District Judge